IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00820-RPM-MEH

ANNA SPEKTOR,

    Plaintiff,

v.

NIAGARA CREDIT SOLUTIONS, INC., a New York corporation,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2008.**

    The Stipulated Motion for Entry of Protective Order [filed July 14, 2008; docket # 11] is **granted**. The Protective Order in this matter is filed contemporaneously with this minute order.