**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00820-RPM-MEH

ANNA SPEKTOR,

      Plaintiff,

v.

NIAGARA CREDIT SOLUTIONS, INC., a New York corporation,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

    DATED: November 18th, 2008

            BY THE COURT:

            s/Richard P. Matsch
            _____
            U.S. DISTRICT JUDGE